United States District Court
Southern District of Texas
**ENTERED**
August 02, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, LONE STAR CHAPTER, *et al*, | § | |
| | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-00660 |
| | § | |
| PASADENA REFINING SYSTEM, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER STAYING ENTRY DATE OF CONSENT DECREE**

Upon agreement by the parties and consideration by the Court, the Court hereby:

ORDERS that, to provide the United States Environmental Protection Agency and Department of Justice an opportunity to review the Consent Decree and Order pursuant to 42 U.S.C. § 7604(c)(3), the entry date of the Consent Decree and Order (docket item no. 24) is stayed until September 14, 2018. The date of entry for the Consent Decree and Order shall be September 14, 2018, or such other later date established by further order of the Court.

It is so **ORDERED**.

SIGNED on this 2nd day of August, 2018.

Kenneth M. Hoyt
United States District Judge